# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| ASHLEY E. ALDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE FURNITURE DISTRIBUTORS )<br>OF NEW ENGLAND, INC. )<br>)<br>Defendant ) | No. 1:10-cv-316-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on July 19, 2011, her Recommended Decision (Docket No. 44). Defendant filed its Objection to the Recommended Decision (Docket No. 45) on August 2, 2011. Plaintiff filed her Objection to Defendant's Recommended Decision (Docket No. 46) on August 5, 2011. Plaintiff filed her Response to Defendant's Objection to the Recommended Decision (Docket no. 47) on August 17, 2011. Defendant filed its Response to Plaintiff's Objection to the Recommended Decision (Docket No. 49) on August 19, 2011.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED.**

2. It is **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 27) is hereby **GRANTED** as to Counts I and II and **DENIED** as to Count III.

/s/George Z. Singal_____
United States District Judge

Dated this 23rd day of August, 2011.